**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TELECOMM INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-1267-SLR |
| v. | ) | |
| | ) | |
| CANON, INC., CANON U.S.A., INC. | ) | |
| OCE NV, and OCE NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the

Court, that all claims between plaintiff Telecomm Innovations, LLC and defendants Canon, Inc.,

Canon U.S.A., Inc., Oce NV and Oce North America, Inc. in the above action are hereby

dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with

each party to bear its own costs, expenses and attorney's fees.

STAMOULIS & WEINBLATT LLC                    ASHBY & GEDDES

*/s/ Richard C. Weinblatt*                        */s/ John G. Day*
Stamatios Stamoulis (#4606)                    John G. Day (#2403)
Richard C. Weinblatt (#5080)                   Tiffany Geyer Lydon (#3950)
Two Fox Point Centre                           Lauren E. Maguire (#4261)
6 Denny Road, Suite 307                        500 Delaware Avenue, 8th Floor
Wilmington, DE  19809                          P.O. Box 1150
(302) 999-1540                                 Wilmington, DE  19801
stamoulis@swdelaw.com                          (302) 654-1888
weinblatt@swdelaw.com                          jday@ashby-geddes.com
                                               tlydon@ashby-geddes.com
*Attorneys for Plaintiff*                        lmaguire@ashby-geddes.com

                                               *Attorneys for Defendants*

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge

{00734426;v1 }